UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAREN DRESCHER, ET AL.,

Defendant.

Case No. 01-1705 RHK/AJB

NOTICE OF CANCELLATION

---

The Court having been advised that the bankruptcy proceeding of the above named defendant has been reopened, you are hereby given notice that the pretrial conference scheduled to be held on February 25, 2003 at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

The parties shall advise the Court as to the status of the above matter if additional pretrial management should be needed.

Dated: 2/25/03

Arthur J. Boylan
U. S. Magistrate Judge

Filed FEB 2 6 2003
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________