UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAREN DRESCHER, ET AL.,

Defendants.

Case No. 01-1705 RHK/AJB

ORDER

---

WHEREAS, on April 21, 2003, the Plaintiff filed a Motion to Reopen Case and to Schedule Rule 26(f) Conference in the above captioned matter, and

WHEREAS, to date there has been no opposition filed regarding said Motion,

IT IS HEREBY ORDERED THAT the Plaintiff's motion to reopen the case is **granted**. The Clerk of Court is directed to reopen the above captioned matter.

IT IS FURTHER ORDERED THAT the request to set a Rule 26(f) scheduling conference is **granted**. The 26(f) scheduling conference will be set by a separate notice by the Court.

Dated: May 9, 2003

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAY 0 9 2003
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________