C 01-1705 RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **July 1, 2004**. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: February 4, 2004

FILED FEB 05 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | United States of America<br><br>vs CV 01-1705 RHK/AJB<br>COURT TRIAL<br><br>Minnesota Department of Economic Security et al | Michael Pahl<br>202-514-6487<br><br>Thomas Overton<br>651-282-5700<br><br>Katherine Bergenthal<br>952-841-0001 |
| 2. | Claudius Greene et al<br><br>vs CV 02-4236 RHK/AJB<br>COURT TRIAL<br><br>Wendy Asserud et al | Kenneth Udoibok<br>651-641-0220<br><br>Steven Anderson<br>John McBroom<br>612-766-7000 |
| 3. | Sheila Peterson<br><br>vs CV 02-4737 RHK/AJB<br>COURT TRIAL<br><br>County of Scott et al | Dorene Sarnoski<br>612-359-0050<br><br>Teresa Thompson<br>Lindsay J. Beck<br>612-333-2111 |

| | | |
|---|---|---|
| 4. | Anthony Larue Smith<br><br>vs CV 02-4770 RHK/AJB<br>JURY TRIAL<br><br>City of Minneapolis<br>et al | Albert Goins Sr.<br>612-339-3848<br><br>Richard Scott Reeves<br>C. Lynne Fundingslund<br>612-673-2010 |
| 5. | Gregory L. Hardin<br><br>vs CV 02-4922 RHK/AJB<br>JURY TRIAL<br><br>Darrel A. Farr Development<br>Corporation FCL Limited<br>Partnership etc. | Gregory L. Hardin<br><br>Julie Dohery<br>612-338-0115 |
| 6. | Roland Amundson<br><br>vs CV 03-6534 RHK/JSM<br>JURY TRIAL<br><br>Joan Fabian etc. | Ronald Meshbesher<br>612-339-9121<br><br>Jennifer A. Service<br>651-282-5700 |