UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

Civil 01-1705 (RHK/AJB)

vs.

**ORDER**

Karen Drescher, et al.,

Defendants.

A review of the summary judgment motion filed by the United States of America and by Ameriquest Mortgage Company satisfies the Court that oral argument with respect thereto is not necessary. Accordingly, **IT IS ORDERED**:

1. The February 19, 2004 hearing for oral argument is **CANCELED**;

2. The Motion will be deemed submitted as of that date upon the Memoranda submitted by the moving parties; and

3. Counsel for the movant are directed to confer concerning an agreed upon form of Order for presentation to the Court; if there is no agreement, each party shall submit a proposed Order to the Court. The foregoing shall be accomplished by March 5, 2004.

Dated: February 10, 2004

RICHARD H. KYLE
United States District Judge

FEB 1 0 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________