O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

V.

Karen & Eugene Drescher, MN Dept. of Economic Security, Ameriquest Mortgage Co. and MN Dept. of Revenue

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1705RHK/JMM

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment is entered on the Order for Judgment of Foreclosure and Sale.

March 16, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Denise La Fond
(By) Denise La Fond, Deputy Clerk