UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Karen Drescher; Eugene Drescher; Minnesota Department of Economic Security f/k/a Minnesota Department of Jobs and Training; Ameriquest Mortgage; and Minnesota Department of Revenue,<br><br>Defendants. | Case No. 01-1705 RHK/AJB<br>No Oral Argument Requested |

**Plaintiff United States'**
**Notice of Motion and Motion to Enter Subject Real Property**

The United States moves that the IRS be permitted to enter the subject real property in order to prepare it for sale and to evict any persons residing there. A proposed order is attached.

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Notice of Motion and Motion to Enter Subject Real Property, Memorandum of Law in Support of Motion to Enter Subject Real Property, Declaration of Michael R. Pahl and attached Exhibits, and Proposed Order has been served by ECF, and for those not on the ECF system, by U.S. mail this 16th day of November, 2004:

Ameriquest Mortgage Co.
c/o Coleman, Hull & van Vliet
Katherine Bergenthal
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437

Thomas K. Overton
Assistant Attorney General
445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128

Eugene R. Drescher
215 98th Street East
Bloomington, MN 55420

Karen Drescher
4212 Hanrehan Trail
Prior Lake, MN 55372

Joseph A. Wentzell, Esq.
2855 Anthony Lane South, Suite 200
St. Anthony, MN 55418

s/Michael R. Pahl

________________________________

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5229