UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Karen Drescher; Eugene Drescher; Minnesota Department of Economic Security f/k/a Minnesota Department of Jobs and Training; Ameriquest Mortgage; and Minnesota Department of Revenue,<br><br>Defendants. | ) | Case No. 01-1705 RHK/AJB |

**Declaration of Michael R. Pahl**

I, Michael R. Pahl, declare under penalties of perjury that I have personal knowledge of the facts contained in this declaration, as follows:

1. Attached as Exhibit 1 is an e-mail I received from Steven Hopkins regarding the condition of the subject real property during the summer of 2004.

2. Attached as Exhibit 2 is an e-mail I received from Hopkins on November 15, 2004 regarding the condition of the subject real property and reflecting that he was unable to enter the property on November 15, 2004. In addition, on November 12, 2004, Hopkins told me that Karen Drescher's lawyer told him that the Dreschers would not permit Hopkins to enter the property on November 15, 2004.

3. Attached as Exhibit 3 is a letter I sent to a lawyer regarding the Dreschers obligation to permit Hopkins to enter the subject real property.

Dated: November 16, 2004

s/Michael R. Pahl

Michael R. Pahl
Attorney for the United States