**Pahl, Michael R. (TAX)**

**From:** Steven.D.Hopkins@irs.gov
**Sent:** Friday, November 12, 2004 3:00 PM
**To:** Pahl, Michael R. (TAX)
**Subject:** fyi

tmp.htm (3 KB)

Steve Hopkins GS-1171 Property Appraisal & Liquidation Specialist

I have served paper work at the house located on Hanrehan Drive in Prior Lake MN at least 3 times since 2001. No one has ever been there, nor does it appear that the house is being lived in. The sidelight window allows a view into the home from the front door. The interior is in poor condition. The floor is strewn with cat droppings and trash. The condition of the property is deteriorating to the point that I do not believe that this home is inhabitable. I was at the house this summer to drop off a copy of the order of sale and there was a window open near the front door. The stench of urine that came from the window was pungent. In trying to locate the taxpayer I have interviewed 2 of the people living in the neighborhood, and they indicate that no one lives in the property and have not for several years. They explained that the house is full of cats and is an eyesore for the entire neighborhood. Based on what they have described and what I have witnessed first hand, I am comfortable in saying that no one lives in the house. I am also concerned with the condition of the house and its diminishing value.

Call me if you have questions.

Steve Hopkins
Property Appraisal &
Liquidation Specialist
Box 58
Parker, SD 57053
(605) 297-5387 flex
(605) 297-5387 fax
(651) 308-5260 cell
steven.d.hopkins@irs.gov <mailto:steven.d.hopkins@irs.gov>

See what I am selling at www.ustreas.gov/auctions/irs
<http://www.ustreas.gov/auctions/irs>

PENGAD-Bayonne, N. J.
GOVERNMENT
EXHIBIT
1