**Pahl, Michael R. (TAX)**

**From:** Steven.D.Hopkins@irs.gov
**Sent:** Monday, November 15, 2004 5:22 PM
**To:** Pahl, Michael R. (TAX)
**Subject:** Field Visitation

tmp.htm (2 KB)

I went to the subject house at 11:45 AM and remained there until 12:20 PM. There was no sign that anyone was there. I knocked on the door. No one answered. I walked around the house, and knocked on the back door as well. While in the back I noticed that the electrical meter has been removed from the service and it appears that there is no power coming into the house. Based on my observations of today, my other visits to the property, and conversations this summer with the neighbors, I do not think that anyone could live in the property. I am also concerned that there may be cats living in the house, and between them and the lack of heat on the structure, the condition of the house will diminish.

Do not hesitate to contact me if you have questions.

Steve Hopkins
Property Appraisal &
Liquidation Specialist
Box 58
Parker, SD 57053
(605) 297-5387 flex
(605) 297-5387 fax
(651) 308-5260 cell
steven.d.hopkins@irs.gov <mailto:steven.d.hopkins@irs.gov>

See what I am selling at www.ustreas.gov/auctions/irs
<http://www.ustreas.gov/auctions/irs>

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
2