**U.S. Departmen Justice**

**Tax Division**

*Please reply to: Civil Trial Section, Central Region*
*P.O. Box 7238*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-6770*
*Trial Attorney: Michael R. Pahl*
*Attorney's Direct Line: (202) 514-6488*

EJO'C:SGH:MRPahl
5-39-5606
CMN 2001105877

October 20, 2004

Joseph A. Wentzell, Esq.
2855 Anthony Lane South, Suite 200
St. Anthony, MN 55418
(612) 788-9879
By Fax and U.S. Mail

Re: United States v. Karen Drescher, et al.
Case No. 01-1705 (RHK/JMM) (USDC D. MN)

Dear Mr. Wentzell:

In response to your e-mail dated October 18, 2004, where you indicate that you represent Karen Drescher, the IRS has informed me that as of October 31, 2004, the amount of the federal tax liens encumbering the real property is $59,449.13. Interest continues to accrue as provided by law.

I am also enclosing the Order of Sale, which you should have already received from your client. As you may be aware, this foreclosure case has been pending for over four years. Thus, the 30-day eviction period set forth in the Order of Sale begins today.

As provided for in the Order of Sale, the IRS PALS Officer assigned to sell this property, Steven Hopkins, will do a walk-through inspection of the property at **noon** on **Monday, November 15, 2004**, accompanied by representatives of the State of Minnesota and Ameriquest if they so desire. Please contact Mr. Hopkins at (605) 297-5387 to arrange for this walk-through. In addition, Mr. Hopkins has informed me that he will begin actively marketing this property towards the end of November. Thus, any person occupying the property must vacate the property on or before **November 29, 2004.**

Sincerely yours,

MICHAEL R. PAHL
Trial Attorney
Civil Trial Section, Central Region

GOVERNMENT EXHIBIT 3

PENGAD-Bayonne, N. J.