UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Karen Drescher; Eugene Drescher; Minnesota Department of Economic Security f/k/a Minnesota Department of Jobs and Training; Ameriquest Mortgage; and Minnesota Department of Revenue,<br><br>Defendants. | Case No. 01-1705 RHK/AJB |

**Order**

For good cause shown, IT IS ORDERED

1. that the IRS may immediately enter the subject real property, accompanied by the U.S. Marshals, who may use appropriate necessary force to effectuate the entry;

2. that in entering the subject real property, the IRS shall coordinate with local animal control officials regarding cats or other animals living at the subject real property; and

3. that the IRS and the U.S. Marshals Service may immediately evict all persons residing at the subject real property and dispose of all personal property remaining at the subject real property, as set forth in the Order of Sale.

Dated this 18th day of November, 2004

_s/ Arthur J. Boylan____________________
Arthur J. Boylan
U.S. MAGISTRATE JUDGE