**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

EUGENE R. DRESCHER and KAREN DRESCHER, husband and wife; AMERIQUEST MORTGAGE COMPANY; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF JOBS AND TRAINING,

Defendants.

Civil No. 01-1705 (RHK/JMM)

**STIPULATION TO VACATE THE COURT'S MARCH 15, 2004 ORDER FOR JUDGMENT OF FORECLOSURE AND SALE**

---

**THIS STIPULATION TO VACATE THE COURT'S MARCH 25, 2004 ORDER FOR JUDGMENT OF FORECLOSURE AND SALE** ("Stipulation") is made and entered into by and among Plaintiff United States of America ("United States") and Defendants Ameriquest Mortgage Company ("Ameriquest"), Minnesota Department of Revenue and Minnesota Department of Jobs and Training (collectively "the State of Minnesota").

**WHEREAS**, the Court in the above-captioned matter issued its Order for Judgment of Foreclosure and Sale on March 15, 2004;

**WHEREAS**, the United States, Ameriquest and the State of Minnesota have agreed to sell the subject real property located at 4214 Hanrehan Trial, Prior Lake,

Minnesota and legally described as Lots 7 and 8, Block 1, Jones First Addition, Scott County, Minnesota (the "Property") to non-parties to this lawsuit.

**WHEREAS**, the United States, Ameriquest and the State of Minnesota, to facilitate the sale of the Property and to avoid further costs and expenses involved in this matter, agree to enter into this Stipulation which provides that this Court's March 15, 2005 Order for Judgment of Foreclosure and Sale be vacated and of no effect.

**NOW, THEREFORE,** the United States, Ameriquest and the State of Minnesota hereby agree as follows:

1. The recitals stated above constitute and form an integral part of this Stipulation as if set forth herein in full.

2. The United States, Ameriquest and the State of Minnesota agree that the Court's March 15, 2005 Order for Judgment of Foreclosure and Sale be vacated in its entirety.

THOMAS B. HEFFELFINGER
United States Attorney

Dated: August 5, 2005

By: *s/Michael R. Pahl*
Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington D.C. 20044
(202) 514-6488
*Attorney for Plaintiff the United States of America*

COLEMAN, HULL & VAN VLIET, PLLP

Dated: August 5, 2005

By: s/Steven R. Little

Katherine M. Bergenthal
Attorney Reg. No. 180464
Steven R. Little
Attorney Reg. No. 0304244
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
(952) 841-0001
*Attorneys for Defendant Ameriquest Mortgage Corporation*

MIKE HATCH
Attorney General
State of Minnesota

Dated: August 5, 2005

By: *s/Thomas K. Overton*
Thomas K. Overton
Assistant Attorney General
Attorney Reg. No. 83355
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 296-2128
*Attorneys for Defendant State of Minnesota, Department of Economic Security and Department of Revenue*