IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE R. DRESCHER and KAREN DRESCHER, husband and wife; AMERIQUEST MORTGAGE COMPANY; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF JOBS AND TRAINING,<br><br>Defendants. | Civil No. 01-1705 (RHK/JMM)<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HERBY CERTIFIED** that service of the following **STIPULATION TO VACATE THE COURT'S MARCH 15, 2004 ORDER FOR JUDGMENT OF FORECLOSURE AND SALE AND ORDER VACATING THE COURT'S MARCH 15, 2004 ORDER FOR JUDGMENT OF FORECLOSURE AND SALE** has been served ECF, and for those not on the ECF system, by U.S. mail this 8th day of August, 2005.

Mr. Thomas K. Overton
Assistant Attorney General
State of Minnesota
Office of the Attorney General
Suite 1100
445 Minnesota Street
St. Paul, MN 55101-2128
(651) 297-8265

Mr. Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
(202) 514-6488

Eugene R. & Karen Drescher
215 – 98th Street East
Bloomington, MN 55372

Eugene R. & Karen Drescher
4212 Hanrehan Trail
Prior Lake, MN 55372

Dated: August 8, 2005

/s/Steven R. Little
Steven R. Little