**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

EUGENE R. DRESCHER and KAREN DRESCHER, husband and wife; AMERIQUEST MORTGAGE COMPANY; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF JOBS AND TRAINING,

Defendants.

Civil No. 01-1705 (RHK/AJB)

**ORDER VACATING THE COURT'S MARCH 15, 2004 ORDER FOR JUDGMENT OF FORECLOSURE AND SALE**

---

Based upon the parties' Stipulation to Vacate the Court's March 15, 2004 Order for Judgment of Foreclosure and Sale ("Stipulation"), it is hereby Ordered:

1. That the Stipulation entered into by and among Plaintiff United States of America and Defendants Ameriquest Mortgage Company, Minnesota Department of Revenue and Minnesota Department of Jobs and Training, is hereby approved in all respects.

2. This Court's March 15, 2004 Order for Judgment of Foreclosure and Sale is hereby vacated in all respects.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 9, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge