AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

V.

Eugene R Drescher and Karen Drescher, husband and wife; Ameriquest Mortgage Company; Minnesota Department of Revenue; Minnesota Department of Jobs and Training,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1705 (RHK/AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. That the Stipulation entered into by and among Plaintiff United States of America and Defendants Ameriquest Mortgage Company, Minnesota Department of Revenue and Minnesota Department of Jobs and Training, is hereby approved in all respects.
2. This Court's March 15, 2004 Order for Judgment of Foreclosure and Sale is hereby vacated in all respects.

August 9, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Lisa Duda
(By) Lisa Duda, Deputy Clerk